**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HILAUF MOLLA,

Petitioner,

v.

Case No. 2:26-cv-00719-MIS-JMR

DORA CASTRO, Warden, Otero County Processing Center; MARY DE ANDA-YBARRA, Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; ACTING DIRECTOR, U.S. Immigration and Customs Enforcement; SECRETARY, U.S. Department of Homeland Security; and ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE